# NO. 12-08-00235-CR
# NO. 12-08-00236-CR
# NO. 12-08-00237-CR
# NO. 12-08-00238-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| **KORRENTHIN DWAYNE BAKER, APPELLANT** | § | *APPEAL FROM THE 114TH* |
| **V.** | § | *JUDICIAL DISTRICT COURT OF* |
| **THE STATE OF TEXAS, APPELLEE** | § | *SMITH COUNTY, TEXAS* |

---

### MEMORANDUM OPINION
### PER CURIAM

Appellant pleaded guilty to two counts of aggravated assault with a deadly weapon and two counts of capital murder. The trial court assessed punishment at imprisonment for life. We have received the trial court's certification in each cause showing that Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The certifications are signed by Appellant and his counsel. Accordingly, these appeals are ***dismissed for want of jurisdiction***.

Opinion delivered June 11, 2008.

*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)